**Order entered December 19, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00530-CV

### JEREMY MICHAEL LIEBBE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 19-90393-86-F**

### ORDER

Before the Court is appellee's December 15, 2022 motion for an extension of time to file its brief with the ordered redactions. We **GRANT** the motion. We **ORDER** the brief amended with redactions tendered to this Court by appellee on December 15, 2022 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE